IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Order Relates To:<br><br>    ALL CASES | MDL No. 1917<br><br>Case No. 07-5944-SC<br><br>ORDER AMENDING ORDER <u>APPOINTING SPECIAL MASTER</u> |

On June 16, 2008, the Court appointed the Special Master in this case. ECF No. 302 ("Appointing Order"). Paragraph 16 of the Appointing Order provided the following procedure for responding to orders, reports, or recommendations filed by the Special Master:

> Any party wishing to file objections to or a motion to adopt or modify the Special Master's orders, reports, and/or recommendations must file such objections or motion with the Court within fourteen (14) days from the day the Special Master filed the order, report, and/or recommendation via ECF. Any order issued by the Special Master shall remain in effect pending any such objection or motion.

Appointing Order ¶ 16 ("Paragraph 16").

The Court notes that Paragraph 16 does not provide for the filing of a response to any objections that may be made. In the interest of giving the parties further opportunity to be heard, the Court hereby AMENDS Paragraph 16 to provide the parties with an opportunity to respond to objections, as well as rules governing

the content and length of objections and responses.  Paragraph 16 now reads as follows (with additions emphasized):

> Any party wishing to file objections to or a motion to adopt or modify the Special Master's orders, reports, and/or recommendations must file such objections or motion with the Court within fourteen (14) days from the day the Special Master filed the order, report, and/or recommendation via ECF.  <u>If an objection is filed, any party may file a responsive brief no more than seven (7) days after the objection is filed in ECF.  As to content and length, any objections or response briefs shall conform to Civil Local Rule 7-4.</u>  Any order issued by the Special Master shall remain in effect pending <u>the Court's ruling on</u> any such objection or motion.

This amendment is effective immediately and applies in connection with any further Reports issued by the Special Master. It also applies to the Objection filed on June 13, 2012 by Defendant Chunghwa Picture Tubes, Ltd. ("Chunghwa").  ECF No. 1229 ("Obj'n").  Hence, parties who wish to respond to Chunghwa's Objection may do so by filing a brief, consistent with the guidance herein, no more than seven days after the signature date of this Order.

IT IS SO ORDERED.

Dated:  June 18, 2012                    _____
                                         UNITED STATES DISTRICT JUDGE

2