1  Eliot A. Adelson (SBN 205284)
   James Maxwell Cooper (SBN 284054)
2  KIRKLAND & ELLIS LLP
   555 California Street, 27th Floor
3  San Francisco, CA 94104
   Telephone: (415) 439-1400
4  Facsimile: (415) 439-1500
   Email: eadelson@kirkland.com
5  Email: max.cooper@kirkland.com

6  James H. Mutchnik, P.C. (*pro hac vice*)
   Kate Wheaton (*pro hac vice*)
7  KIRKLAND & ELLIS LLP
   300 North LaSalle
8  Chicago, IL 60654
   Telephone: (312) 862-2000
9  Facsimile: (312) 862-2200
   Email: jmutchnik@kirkland.com
10 Email: kate.wheaton@kirkland.com

11 Attorneys for Defendants
   HITACHI, LTD., HITACHI ASIA, LTD.,
12 HITACHI AMERICA, LTD., HITACHI
   DISPLAYS, LTD. (n/k/a JAPAN DISPLAY
13 INC.), and HITACHI ELECTRONIC DEVICES
   (USA), INC.

14

15                **UNITED STATES DISTRICT COURT**

16              **NORTHERN DISTRICT OF CALIFORNIA**

17                  **SAN FRANCISCO DIVISION**

18

19 | IN RE: CATHODE RAY TUBE (CRT) | CASE NO.: 3:07-cv-05944-SC |
20 | ANTITRUST LITIGATION | MDL NO.: 1917 |
21 | _____ | INDIVIDUAL CASE: 3:11-cv-01656-SC |
22 | This Document Relates To: | **STIPULATION AND [~~PROPOSED~~]** |
   | *Electrograph Systems, Inc., et al. v. Hitachi, Ltd., et* | **ORDER REGARDING DISCOVERY** |
23 | *al.* | **TO OCCUR AFTER SEPTEMBER 5,** |
   | | **2014** |
24

25

26

27

28

1   Defendants Hitachi, Ltd., Hitachi Displays, Ltd., Hitachi Asia, Ltd., Hitachi America, Ltd.,

2   and Hitachi Electronic Devices (USA), Inc. (collectively, the "Hitachi Defendants") and the

3   undersigned Defendants (collectively, "Defendants") and plaintiffs Electrograph Systems, Inc. and

4   Electrograph Technologies Corp. (collectively, "Electrograph") have conferred by and through

5   their counsel and, subject to the Court's approval, HEREBY STIPULATE AS FOLLOWS:

6   WHEREAS, September 5, 2014 is the deadline to complete fact discovery in the

7   Electrograph action;

8   WHEREAS, on July 23, 2014, Defendants informed Electrograph of their intent to

9   subpoena for deposition five former employees of Electrograph—Alex Ivani, Rabih Chikhani, Lou

10   Azzam, Kathy Koziol, and Sam Taylor—and requested deposition dates for those witnesses;

11   WHEREAS, Electrograph informed Defendants that its counsel had limited availability to

12   attend the depositions of former Electrograph employee witnesses during the month of August and

13   therefore requested that Defendants schedule those depositions for September;

14   WHEREAS, Electrograph and Defendants have conferred and agreed that Defendants may

15   depose former Electrograph employees after September 5, 2014;

16   WHEREAS, Electrograph and Defendants have conferred and agreed to schedule the

17   deposition of Kathy Koziol for September 16, 2014, the deposition of Sam Taylor for September

18   18, 2014, the deposition of Alex Ivani for October 16, 2014, and the depositions of Robbie

19   Chikhani and Lou Azzam for dates, still to be determined, after September 5, 2014 but no later

20   than October 31, 2014;

21   WHEREAS, Electrograph and Defendants agree to negotiate and cooperate in good faith

22   with respect to the scheduling of any depositions that may occur after September 5, 2014, subject

23   to the Court's Discovery Protocol (Dkt. No. 1128);

24   ///

25   ///

26   ///

27   ///

28   ///

1        NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED between counsel as

2   follows:

3        1.     Defendants may subpoena, notice, and take additional depositions of former

4   Electrograph employees Alex Ivani, Rabih Chikhani, Lou Azzam, Kathy Koziol, and Sam Taylor

5   after September 5, 2014 but no later than October 31, 2014, subject to the Court's Discovery

6   Protocol (Dkt. No. 1128); and

7        2.     To the extent motions to compel may be required for item 1 above, Defendants may

8   file those motions within ten days after the depositions in question.

9

10        PURSUANT TO STIPULATION, **IT IS SO ORDERED**.

11

12

13

14

15   DATED:  09/05/2014



16   Hon.
   Uni...

17   Judge Samuel Conti

18

19

20

21

22

23

24

25

26

27

28

1    DATED:  September 4, 2014              By: */s/ Eliot A. Adelson*

2                                          Eliot A. Adelson (SBN 205284)
                                           James Maxwell Cooper (SBN 284054)
3                                          KIRKLAND & ELLIS LLP
                                           555 California Street, 27th Floor
4                                          San Francisco, CA 94104
                                           Telephone:      (415) 439-1400
5                                          Facsimile:      (415) 439-1500
                                           Email:          eadelson@kirkland.com
6                                                          max.cooper@kirkland.com

7                                          *Attorneys for Defendant*
                                           *Hitachi, Ltd., Hitachi Asia, Ltd., Hitachi America,*
8                                          *Ltd., Hitachi Displays, Ltd. (n/k/a Japan Display*
                                           *Inc.), and Hitachi Electronic Devices (USA), Inc.*
9

10   DATED:  September 4, 2014              By: */s/ Philip J. Ioveino*

11
                                           BOIES, SCHILLER & FLEXNER LLP
12                                         William A. Isaacson
                                           5301 Wisconsin Ave. NW, Suite 800
13                                         Washington, D.C. 20015
                                           Telephone:      (202) 237-2727
14                                         Facsimile:      (202) 237-6131
                                           Email:          wisaacson@bsfllp.com
15
                                           BOIES, SCHILLER & FLEXNER LLP
16                                         Philip J. Iovieno
                                           Anne M. Nardacci
17                                         30 South Pearl Street, 11th Floor
                                           Albany, NY 12207
18                                         Telephone:      (518) 434-0600
                                           Facsimile:      (518) 434-0665
19                                         Email:          piovieno@bsfllp.com
                                                           anardacci@bsfllp.com
20
                                           *Attorneys for Plaintiffs*
21                                         *Electrograph Systems, Inc. and Electrograph*
                                           *Technologies Corp.*
22

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

| | |
|---|---|
| 1 | DATED:  September 4, 2014 |

By: */s/ Dylan I. Ballard*

SHEPPARD MULLIN RICHTER & HAMPTON LLP
Gary L. Halling, Cal. Bar No. 66087
James L. McGinnis, Cal. Bar No. 95788
Michael W. Scarborough, Cal. Bar No. 203524
Dylan I. Ballard, Cal. Bar No. 253929
Four Embarcadero Center, 17th Floor
San Francisco, CA  94111-4109
Telephone:     (415) 434-9100
Facsimile:      (415) 434-3947
E-mail:          ghalling@sheppardmullin.com
                      jmcginnis@sheppardmullin.com
                      mscarborough@sheppardmullin.com
                      dballard@sheppardmullin.com

*Attorneys for Defendants*
*Samsung SDI America, Inc.; Samsung SDI Co., Ltd.;*
*Samsung SDI (Malaysia) SDN. BHD.; Samsung SDI*
*Mexico S.A. DE C.V.; Samsung SDI Brasil Ltda.;*
*Shenzen Samsung SDI Co., Ltd. and Tianjin Samsung*
*SDI Co., Ltd.*

DATED:  September 4, 2014

By: */s/ Jeffrey L. Kessler*

WINSTON & STRAWN LLP
Jeffrey L. Kessler (*pro hac vice*)
A. Paul Victor (*pro hac vice*)
Aldo A. Badini Cal. Bar No. 257086
Eva W. Cole (*pro hac vice*)
Molly M. Donovan (*pro hac vice*)
200 Park Avenue
New York, NY 10166
Telephone:     (212) 294-4692
Facsimile:      (212) 294-4700
Email:           jkessler@winston.com
                      abadini@winston.com
                      pvictor@winston.com
                      ewcole@winston.com
                      mmdonovan@winston.com

[continued on next page]

///
///
///
///

1                                WEIL, GOTSHAL & MANGES LLP
                               Steven A. Reiss (*pro hac vice*)

2                               David L. Yohai (*pro hac vice*)
                               Adam C. Hemlock (*pro hac vice*)

3                               767 Fifth Avenue
                               New York, NY 10153-0119

4                               Telephone:     (212) 310-8000
                               Facsimile:      (212) 310-8007

5                               Email:          steven.reiss@weil.com
                                                david.yohai@weil.com

6                                                 adam.hemlock@weil.com

7                               *Attorneys for Defendants Panasonic Corporation*
                               *(f/k/a Matsushita Electric Industrial Co., Ltd.),*

8                               *Panasonic Corporation of North America, and MT*
                               *Picture Display Co., Ltd.*

9

10

11    DATED:  September 4, 2014           By: */s/ Jon V. Swenson*_____

12                               BAKER BOTTS LLP
                               Jon V. Swenson (SBN 233054)

13                               1001 Page Mill Road
                               Building One, Suite 200

14                               Palo Alto, CA 94304
                               Telephone:     (650) 739-7500

15                               Facsimile:      (650) 739-7699
                               Email:          jon.swenson@bakerbotts.com

16

17                               John M. Taladay (*pro hac vice*)

18                               Joseph Ostoyich (*pro hac vice*)
                               Erik T. Koons (*pro hac vice*)

19                               Charles M. Malaise (*pro hac vice*)
                               1299 Pennsylvania Ave., N.W.

20                               Washington, DC 20004-2400
                               Telephone:     (202) 639-7700

21                               Facsimile:      (202) 639-7890
                               Email:          john.taladay@bakerbotts.com

22                                              joseph.ostoyich@bakerbotts.com

23                                            erik.koons@bakerbotts.com
                                            charles.malaise@bakerbotts.com

24

25                               *Attorneys for Defendants Koninklijke Philips N.V.*
                               *and Philips Electronics North America Corporation*

26    ///

27    ///

28    ///

1  DATED:  September 4, 2014                    By: */s/ Richard Snyder*

2

3                                              FRESHFIELDS BRUCKHAUS
                                               DERINGER US LLP
                                               Terry Calvani Cal. Bar. No. 53260
4                                              Christine Laciak(*pro hac vice*)
                                               Richard Snyder (*pro hac vice*)
5                                              701 Pennsylvania Avenue NW, Suite 600
                                               Washington, D.C. 20004
6                                              Telephone:      (202) 777-4565
                                               Facsimile:      (202) 777-4555
7                                              Email:          terry.calvani@freshfields.com
                                                               christine.laciak@freshfields.com
8                                                              richard.snyder@freshfields.com

9                                              *Attorneys for Beijing-Matsushita Color CRT*
                                               *Company, Ltd.*
10

11  DATED:  September 4, 2014                    By: */s/ Lucius B. Lau*

12

13                                             WHITE & CASE LLP
                                               Christopher M. Curran (*pro hac vice*)
                                               George L. Paul (*pro hac vice*)
14                                             Lucius B. Lau (*pro hac vice*)
                                               701 Thirteenth Street, N.W.
15                                             Washington, D.C. 20005
                                               Telephone:      (202) 626-3600
16                                             Facsimile:      (202) 639-9355
                                               Email:          ccurran@whitecase.com
17                                                             gpaul@whitecase.com
                                                               alau@whitecase.com
18
                                               *Attorneys for Defendants Toshiba Corporation,*
19                                             *Toshiba America, Inc., Toshiba America Information*
                                               *Systems, Inc., Toshiba America Consumer Products,*
20                                             *L.L.C., and Toshiba America Electronic Components,*
                                               *Inc.*
21

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1    DATED:  September 4, 2014             By: /s/ Hojoon *Hwang*

2
                                          MUNGER, TOLLES & OLSON LLP
3                                         Hojoon Hwang, Cal. Bar. No. 184950
                                          William D. Temko, Cal. Bar. No. 98858
4                                         Laura K. Lin, Cal. Bar. No. 281542
                                          560 Mission Street
5                                         Twenty-Seventh Floor
                                          San Francisco, California 94105-2907
6                                         Facsimile:     (415) 512-4077

7                                         *Attorneys For Defendants LG Electronics, Inc. and*
                                          *LG Electronics U.S.A., Inc.*
8

9
            Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this
10
     document has been obtained from each of the above signatories.
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28